IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

LUKE ANDERSON, )
)
        Plaintiff, )
)
v. )
)
EAGLE ROCK BOAT REPAIR, )
)
        Defendant. )
_____)

COPY
Original Received
OCT 1 1 2012
Clerk of the Trial Courts

Case No. 3AN-12-10338 Civil

## COMPLAINT

COMES NOW, Luke Anderson, by and through his attorney, Gregory J. Grebe, and for his cause of action, alleges as follows:

I.

Plaintiff currently resides in Anchorage, Alaska.

II.

Defendant, is believed to be a sole proprietorship with a primary place of business in Anacortes, Washington.

III.

That Defendant, Eagle Rock Boat Repair, travels to Alaska for seasonal boat repair work.

IV.

That during early June of 2012, Eagle Rock Boat Repair worked on the F/V Scandia (a 56 foot wooden purse seiner) owned by Luke Anderson.

Complaint
*Anderson v. Eagle Rock Boat Repair*        Page 1 of 3

GREGORY J. GREBE
Attorney at Law

400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

### V.

That Luke Anderson relied on Eagle Rock Boat Repair for their expertise, materials, judgment and representations related to repair work on the F/V Scandia.

### VI.

That Eagle Rock Boat Repair replaced a portion of the stern post and also replaced a portion of the stern's starboard corner.

### VII.

That the repair work described above was inadequate, incomplete, unsafe, not reasonably fit for its intended purpose.

### VIII.

That on June 18, 2012, the F/V Scandia sank in Uiak Bay after failure of the repairs described above.

### IX.

That Eagle Rock Boat Repair was negligent.

### X.

That Eagle Rock Boat Repair's negligence consisted of (among other things) negligent workmanship, inadequate materials, negligent misrepresentation concerning the vessel's ability to hold up during the fishing season; negligent misrepresentations with respect to the "seaworthiness" of the vessel and was negligent in other ways that will be described or revealed through discovery.

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)272-0077
Facsimile: (907)274-6670

## XI.

Eagle Rock Boat Repair's negligence proximately resulted in the sinking of the F/V Scandia and related losses.

## XII.

Luke Anderson seeks reimbursement of all of his damages and losses including full damages for the loss of the vessel; for the loss of profits associated with loss of the fishing season; loss of personal gear onboard the vessel; and the reasonable value of any equipment or gear and related upgrades to the F/V Scandia.

WHEREFORE Luke Anderson seeks compensatory damages in an amount to be named at trial but in excess of the Superior Court jurisdictional amount of $100,000.00.

Plaintiff also seeks interest, costs and attorney's fees and other relief as the Court deems appropriate.

DATED this 11th day of Oct., 2012.

LAW OFFICES OF GREGORY J. GREBE
Attorney for Plaintiff

By _____
Gregory J. Grebe
Alaska Bar #7710125

GREGORY J. GREBE
Attorney at Law

400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-1570